IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02662-WJM-KLM

SCOTT SHUMAN,

      Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC., a Missouri corporation,

      Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the settlement terms have been completed. The parties expect this to happen by December 2, 2011.

Dated: November 14, 2011.

Respectfully Submitted,

| s/ David M. Larson | s/ Steven J. Wienczkowski |
|---|---|
| David M. Larson, Esq. | Steven J. Wienczkowski, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, Colorado 80903 | 621 17th Avenue, Suite 1800 |
| (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | (303) 382-0528 |
| | Attorney for the Defendant |